# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>    Defendant. | CASE NO. 2:14-CR 317 MCE<br><br>[PROPOSED] ORDER TO SEAL INDICTMENT<br><br>**UNDER SEAL** |

### SEALING ORDER

The Court hereby orders that the Indictment, the Petition of the Assistant U.S. Attorney to Seal the Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 11-13-2014

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

PROPOSED ORDER SEALING ORDER                    3