HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-cr-317 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| MICHAEL HOLMES, | ) ) | Date:    June 11, 2015 |
| Defendant. | ) ) | Time:    9:00 a.m. Judge:   Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Michael Holmes that the status conference hearing date of May 7, 2015 be vacated, and the matter be set for status conference on June 11, 2015 at 9:00 a.m.

The continuance is requested for further case investigation by both parties, to allow both parties to construct a resolution and for defense counsel to meet and confer with the defendant regarding the resolution of this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 11, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| 1 | DATED: May 5, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Matthew C. Bockmon* |
| 4 | | MATTHEW C. BOCKMON<br>Assistant Federal Defender |
| 5 | | Attorney for MICHAEL HOLMES |
| 6 | | |
| 7 | DATED: May 5, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Michele Beckwith* |
| 10 | | MICHELE BECKWITH<br>Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 11, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 7, 2015 status conference shall be continued until June 11, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT