BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL HOLMES,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:14-CR-317 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE: February 5, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

　　　The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Michael Holmes, through Assistant Federal Defender Matthew C. Bockmon, hereby stipulate and agree that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between the previously scheduled status conference on January 14, 2016, and the newly set February 5, 2016, status conference should be excluded from the computation of time in which trial must commence, to allow for defense investigation and trial preparation.

　　　On December 8, 2015, the Honorable Morrison C. England, Jr. entered an order setting this case for a status conference on January 14, 2016, and excluding time under the Speedy Trial Act for defense investigation and preparation, pursuant to Local Code T-4. ECF No. 26. On January 8, 2016, this case was reassigned to this Court, and set for a status conference on February 5, 2016. ECF No. 30.

　　　To date, the government has produced more than one hundred pages of discovery, in addition to audio and video files, and a large quantity of data extracted from digital devices. Defense counsel is still

reviewing these materials and investigating the facts of the case. Accordingly, the parties agree that the interests of justice served by continuing the case to February 5, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court order time excluded through February 5, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: January 11, 2016　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 11, 2016　　　　　　　　　　　/s/ MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　　　MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Michael Holmes

### ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance and exclude the time between January 14, 2016, and February 5, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from January 14, 2016, to and including February 5, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

　　　　IT IS SO ORDERED.

Dated: January 11, 2016

　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER            3