BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-317  GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL ANTHONY HOLMES, | DATE: March 25, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 25, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until May 27, 2016, and to exclude time between March 25, 2016, and May 27, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes recorded interviews, reports of investigation, and internet and email records in both paper and electronic format.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Defense counsel needs additional time to consult with his client and prepare for

the defense of this case.  The continuance is necessary to give the defense time to complete the investigation and allow the prosecution to continue to review the material provided by the defense.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2016 to May 27, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5

6 Dated:  March 22, 2016                        BENJAMIN B. WAGNER
                                               United States Attorney

7

8                                              /s/ MICHELE BECKWITH
                                               MICHELE BECKWITH
9                                              Assistant United States Attorney

10

11 Dated:  March 22, 2016                       /s/ MICHAEL L. CHASTAINE
                                               MICHAEL L. CHASTAINE
12                                             Counsel for Defendant
                                               MICHAEL ANTHONY
13                                             HOLMES

14

15

16

                              **FINDINGS AND ORDER**
17

        IT IS SO FOUND AND ORDERED.
18
 Dated:  March 24, 2016
19

20

21    _____
      GARLAND E. BURRELL, JR.
22    Senior United States District Judge

23

24

25

26

27

28