PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                  v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>                                Defendant. | CASE NO.  2:14-CR-00317  GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 27, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 27, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between May 27, 2016, and July 29, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes several recorded interviews, reports of investigation, and internet and email records in both paper and electronic format.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel needs additional time to consult with his client and prepare for

the defense of this case.  The continuance is necessary to give the defense time to complete the investigation and to review the discovery in this case.  Additional time is also needed based on defense counsel's trial schedule.  Defense counsel just completed a federal jury last week, and he will begin another federal jury trial in early June 2016.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 27, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6  Dated:  May 25, 2016                                    PHILLIP A. TALBERT
                                                           Acting United States Attorney

7

8                                                          /s/ MICHELE BECKWITH
                                                           MICHELE BECKWITH
9                                                          Assistant United States Attorney

10

11  Dated:  May 25, 2016                                   /s/ MICHAEL L. CHASTAINE
                                                           MICHAEL L. CHASTAINE
12                                                         Counsel for Defendant
                                                           MICHAEL ANTHONY
13                                                         HOLMES

14

15

16                                  **FINDINGS AND ORDER**

17          IT IS SO FOUND AND ORDERED.

18          Dated:  May 27, 2016

19

20                                        _____

21                                        GARLAND E. BURRELL, JR.

22                                        Senior United States District Judge

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT