PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-317 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL ANTHONY HOLMES, | DATE: July 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 29, 2016.

    a) By this stipulation, defendant now moves to continue the status conference until September 23, 2016, and to exclude time between July 29, 2016, and September 23, 2016, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes recorded interviews, reports of investigation, and internet and email records in both paper and electronic format. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel needs additional time to consult with his client and prepare for the defense of this case. Defense counsel has recently concluded one federal trial and is set to begin another the week of August 1, 2016. Given his impacted trial schedule and the need to prepare for, and try, those cases, he is currently unavailable to try this case and to otherwise conduct necessary investigation and discovery review. The continuance is necessary to give the defense time to complete the investigation and allow the prosecution to continue to review the material provided by the defense.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2016               BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ MICHELE BECKWITH
                                   MICHELE BECKWITH
                                   Assistant United States Attorney


Dated: July 27, 2016               /s/ MICHAEL L. CHASTAINE
                                   MICHAEL L. CHASTAINE
                                   Counsel for Defendant
                                   MICHAEL ANTHONY
                                   HOLMES


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge