MICHAEL CHASTAINE SBN: 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, CA 95670
(916)932-7150
Attorneys for Michael Holmes

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>                              Defendant. | CASE NO.  2:14-CR-317  GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 30, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on September 30, 2016.

2.     By this stipulation, defendant now moves to continue the status conference until November 4, 2016, and to exclude time between September 30, 2016, and November 4, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes recorded interviews, reports of investigation, and internet and email records in both paper and electronic format.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The discovery includes a very large volume of audio recordings that the defense needs to review with the defendant.  This process continues.

b)     Defense counsel needs additional time to consult with his client and prepare for the defense of this case.  The continuance is necessary to give the defense time to complete the

1    investigation.

2        c)      Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5        d)      The government does not object to the continuance.

6        e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of September 30, 2016 to November

11   4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12   Code T4] because it results from a continuance granted by the Court at defendant's request on

13   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14   best interest of the public and the defendant in a speedy trial.

15       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17   must commence.

18       IT IS SO STIPULATED.

19

20   Dated:  September 27, 2016                BENJAMIN B. WAGNER
                                               United States Attorney

21

22                                             /s/ MICHELE BECKWITH
                                               MICHELE BECKWITH

23                                             Assistant United States Attorney

24

25   Dated:  September 27, 2016                /s/ MICHAEL L. CHASTAINE
                                               MICHAEL L. CHASTAINE

26                                             Counsel for Defendant
                                               MICHAEL ANTHONY

27                                             HOLMES

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1

2                                **FINDINGS AND ORDER**

3  IT IS SO FOUND AND ORDERED.

4  Dated:  September 28, 2016

5

6  _____

7  GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28