UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0317 MCE AC P |
| Respondent, | |
| v. | ORDER |
| MICHAEL ANTHONY HOLMES, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed a motion requesting that his § 2255 motion be granted. ECF No. 78. Movant asserts that his motion to vacate should be granted because respondent had until June 7, 2020, to file a response and has failed to do so. Id. However, respondent was granted an extension of time, up to August 7, 2020, to file its response. ECF No. 77.

Accordingly, IT IS HEREBY ORDERED that movant's motion for an order granting his § 2255 motion (ECF No. 78) is denied.

DATED: June 23, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE