UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>Movant. | No.  2:14-cr-0317 MCE AC P<br><br><br>ORDER |

Movant has requested appointment of counsel (ECF No. 88), and has also filed a request for extended time to file and serve a reply to respondent's August 7, 2020 combined motion to dismiss and opposition to the application for postconviction relief (ECF No. 86).  In his request for an extension of time, movant argues that due to the ongoing COVID-19 pandemic, he needs additional time to file and serve a reply to respondent's motion to dismiss.  ECF No. 86 at 1.  Further, he appears to represent that he has not received the government's August 7, 2020 filing.  Id.  Accordingly, the court will grant movant's request for an extension of time and direct the United States Attorney's Office to send movant another copy of its filing.

As to the motion for appointment of counsel, there currently exists no absolute right to appointment of counsel in proceedings under 28 U.S.C. § 2255.  See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

Governing Section 2255 Proceedings.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

   IT IS HEREBY ORDERED that:

   1.  Good cause appearing, movant's request for an extension of time (ECF No. 86) is granted;

   2.  Movant is granted 120 days from the date of this order in which to file and serve his reply;

   3.  Movant's request for appointment of counsel (ECF No. 88) is denied without prejudice to a renewal of the request at a later stage of the proceedings; and

   4.  The court directs the United States Attorney's Office to resend movant a copy of the August 7, 2020 motion to dismiss and opposition to movant's May 4, 2020 motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 84).

DATED: September 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE