UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00317-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL ANTHONY HOLMES, | |
| Defendant. | |

Defendant Michael Anthony Holmes ("Defendant") pled guilty to Sex Trafficking of Children in violation of 18 U.S.C. § 1591(a)(1) and was sentenced on June 23, 2017, to one hundred eighty-eight (188) months of imprisonment. Presently before the Court is Defendant's Motion to Vacate and Reduce Sentence. ECF No. 87. The Government opposes Defendant's request. ECF No. 94. Because Defendant provides no basis on which the Court could grant an order of relief, that request is DENIED.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1