UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0317 MCE AC |
| Respondent, | |
| v. | ORDER |
| MICHAEL ANTHONY HOLMES, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 71. In response to the motion, respondent filed a motion to dismiss, ECF No. 84, to which movant has now responded, ECF No. 100.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, respondent may file a reply in support of its motion to dismiss.

DATED: December 23, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1