HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL ANTHONY HOLMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>Defendant. | No. 2:14-cr-317 TLN<br><br>**STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, MICHAEL ANTHONY HOLMES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  A joint stipulation of the parties or defense supplemental motion, if any, to be filed on or before June 28, 2024;

The government's response to the motion, if any, to be filed on or before July 30, 2024;

Mr. Holmes's reply may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated:  June 3, 2024                                           Dated:   June 3, 2024

PHILLIP A. TALBERT                                       HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender


 /s/  Shelley D. Weger                                          /s/ David M. Porter
SHELLEY D. WEGER                                         DAVID M. PORTER
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                            Attorney for Defendant
UNITED STATES OF AMERICA                       MICHAEL ANTHONY HOLMES

**ORDER**

A joint stipulation of the parties or defense supplemental motion, if any, shall be filed on or before June 28, 2024.  The government shall file its response to the motion (ECF 121) on or before July 30, 2024.  Mr. Holmes may file any reply to the government's response on or before 15 days from the filing of the government's response.

Dated:   June 4, 2024

_____
Troy L. Nunley
United States District Judge