PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>    Defendant. | CASE NO. 2:14-CR-00317 TLN<br><br>STIPULATION SETTING AMENDED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RETROACTIVE SENTENCE REDUCTION; ORDER |

**STIPULATION**

By previous order, the Court set a briefing schedule regarding defendant Michael Anthony Holmes's motion for a retroactive sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821. Docket No. 124. According to the Court's order, the defense supplemental motion, if any, was to be filed on or before June 28, 2024. *Id.* The government's response was due on July 30, 2024, and defendant's reply, if any, was due 15 days from the filing of the government's response. *Id.*

*CONTINUED ON THE NEXT PAGE*

On July 19, 2024, defense counsel filed a supplemental motion. Docket No. 125. Because the defense's supplemental motion was filed after the initial June 28, 2024 deadline set by the Court, the parties stipulate to and request that the Court the set the following amended briefing schedule:

1. The government's response to Defendant's motion (Docket No. 121) and supplemental motion (Docket No. 125) is due on or before August 19, 2024.

2. Defendant's reply, if any, is due on or before 15 days from the filing of the government's response.

IT IS SO STIPULATED.

Dated: July 22, 2024   PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: July 22, 2024   /s/ David M. Porter
DAVID M. PORTER
Counsel for Defendant
Michael Anthony Holmes

## ORDER

The government's response to defendant's motion (Docket No. 121) and supplemental motion (Docket No. 125) shall be filed by August 19, 2024. Defendant may file any reply to the government's response on or before 15 days from the filing of the government's response.

IT IS SO FOUND AND ORDERED this 22nd day of July, 2024.

Troy L. Nunley
United States District Judge