HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL ANTHONY HOLMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY HOLMES,<br><br>Defendant. | No. 2:14-cr-317 TLN<br><br>**ORDER SEALING ECF No. 135-1**<br><br>Judge: The Honorable TROY L. NUNLEY |

Pursuant to the unopposed request of defendant (ECF 137), and good cause appearing therefor, the request is **GRANTED**. The document filed at ECF No. 135-1 is **SEALED**, and shall not be considered by the Court.

Dated: October 18, 2024

_____
Troy L. Nunley
Chief United States District Judge

Unopposed Request to Seal ECF 135-1